

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AB:RJN

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 9, 2009

By Fax and ECF

The Honorable Joan M. Azrak
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

                    Re:  United States v. Nicholas Bernardo
                         Criminal Docket No. 09-M-1202

Dear Judge Azrak:

        By this letter, the government respectfully requests a
stay of the Court's December 8, 2009 order releasing the
defendant Nicholas Bernardo – over the objection of the
government – on a $500,000 bond, secured by property having a
purported equity value $120,000 with the special condition of
home confinement and electronic monitoring. (United States v.
Bernardo, 09 M 1202).  The government has submitted an appeal of
this decision to the Honorable Eric N. Vitaliano.  Accordingly,
the government requests a stay of the defendant's release until a
decision is made with respect to the government's appeal.

                         Respectfully submitted,

                         BENTON J. CAMPBELL
                         United States Attorney


                    By:  _____/s/_____
                         Rachel J. Nash
                         (718) 254-6072


cc:  Clerk of Court (by ECF)
     The Honorable Eric N. Vitaliano (by fax and ECF)
     The Honorable Cheryl L. Pollack (by fax and ECF)
     Mark DeMarco, Esq. (by fax and ECF)